# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| B & F Technical Services, Inc. | ) | Bankruptcy No. 13 B 42049 |
| | ) | Chapter 7 |
| | ) | |
| Debtor | ) | Judge Jacqueline P. Cox |
| | ) | |

## DEBTOR'S FINAL REPORT PURSUANT TO BANKRUPTCY RULE 1019

NOW COMES the Debtor, B & F Technical Services, Inc., by and through its attorneys, David P. Lloyd, Ltd., and, pursuant to Rule 1019 of the Rules of Bankruptcy Procedure, make the following final report.

1. This case was filed as a Chapter 11 on October 28, 2013.

2. The case was converted to a Chapter 7 on the motion of the United States Trustee on February 4, 2014.

3. The Debtor incurred the following debts after the filing of the petition and before conversion of the case:

   None.

4. The Debtor obtained the following property after the filing of the petition and before conversion of the case: Only regular income from business operations.

5. The Debtor entered into the following executory contracts and unexpired leases after the filing of the petition and before conversion of the case:    None.

Respectfully submitted,
B & F Technical Services, Inc.


By:___/s/ David P. Lloyd_____
        One of its attorneys

David P. Lloyd
David P. Lloyd, Ltd.
615B S. LaGrange Rd.
LaGrange IL  60525
708-937-1264
Fax: 708-937-1265