UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
B & F TECHNICAL CODE SERVICES, INC, §   Case No. 13-42049
§
        Debtor(s) §

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on         . The case was converted to one under Chapter 7 on          . The undersigned trustee was appointed on         .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

    Funds were disbursed in the following amounts:

    Payments made under an interim
    disbursement
    Administrative expenses
    Bank service fees
    Other payments to creditors
    Non-estate funds paid to 3rd Parties
    Exemptions paid to the debtor
    Other payments to the debtor

    Leaving a balance on hand of[1]              $

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

     5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7.  The Trustee's proposed distribution is attached as **Exhibit D**.

     8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____   By:/s/Phillip D. Levey_____
                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 13-42049 | JPC | Judge: JACQUELINE COX | Trustee Name: | Phillip D. Levey |
| Case Name: | B & F TECHNICAL CODE SERVICES, INC, | | | Date Filed (f) or Converted (c): | 02/04/14 (c) |
| | | | | 341(a) Meeting Date: | 02/28/14 |
| For Period Ending: 11/12/17 | | | | Claims Bar Date: | 06/11/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. FINANCIAL ACCOUNTS  CHASE BUSINESS CHECKING | 4,400.00 | 4,400.00 | | 15,949.56 | FA |
| 2. FINANCIAL ACCOUNTS  BARRINGTON BANK AND TRUST | 3,000.00 | 0.00 | | 0.00 | FA |
| 3. FINANCIAL ACCOUNTS  HOFFMAN ESTATES COMMUNITY BANK | 600.00 | 0.00 | | 0.00 | FA |
| 4. ACCOUNTS RECEIVABLE  Client billing | 9,085.00 | 0.00 | | 0.00 | FA |
| 5. VEHICLES  2005 Chevrolet Venture | 3,613.00 | 0.00 | | 0.00 | FA |
| 6. VEHICLES  2005 Chevrolet Venture | 3,613.00 | 0.00 | | 0.00 | FA |
| 7. VEHICLES  2005 Chevrolet Venture | 3,613.00 | 0.00 | | 0.00 | FA |
| 8. MACHINERY AND SUPPLIES  5 PHOTO COPIERS | 9,000.00 | 0.00 | | 0.00 | FA |
| 9. MACHINERY AND SUPPLIES  2 SERVERS | 10,000.00 | 0.00 | | 0.00 | FA |
| 10. MACHINERY AND SUPPLIES  50 DESKTOP COMPUTERS | 2,000.00 | 0.00 | | 0.00 | FA |
| 11. MACHINERY AND SUPPLIES  FURNITURE | 2,500.00 | 0.00 | | 0.00 | FA |
| 12. Retainer (u) | 0.00 | 11,000.00 | | 11,000.00 | FA |
| 13. Trustee v. Blue Cross (u) | Unknown | 4,900.00 | | 4,900.00 | FA |
| 14. Trustee v. Stonegate Properties, Inc. (u) | Unknown | 30,000.00 | | 30,000.00 | FA |

LFORM1  UST Form 101-7-TFR (5/1/2011) *(Page: 3)*   Ver: 20.00e

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit A

| Case No: | 13-42049 | JPC | Judge: JACQUELINE COX | Trustee Name: | Phillip D. Levey |
| Case Name: | B & F TECHNICAL CODE SERVICES, INC, | | | Date Filed (f) or Converted (c): | 02/04/14 (c) |
| | | | | 341(a) Meeting Date: | 02/28/14 |
| | | | | Claims Bar Date: | 06/11/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $51,424.00 | $50,300.00 | | $61,849.56 | Gross Value of Remaining Assets $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Filing and UST review of TFR.

Initial Projected Date of Final Report (TFR): 06/30/15     Current Projected Date of Final Report (TFR): 01/31/18

LFORM1    **UST Form 101-7-TFR (5/1/2011)** *(Page: 4)*      Ver: 20.00e

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 13-42049 -JPC | | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|
| Case Name: | B & F TECHNICAL CODE SERVICES, INC, | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******5000  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7796 | | | |
| For Period Ending: | 11/12/17 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/26/14 | 12 | Ansari Tax Law Firm, LLC | Retainer Refund | 1229-000 | 8,500.00 | | 8,500.00 |
| 02/26/14 | 12 | Erica Crohn Minchella | Retainer Refund | 1229-000 | 2,500.00 | | 11,000.00 |
| 02/26/14 | 1 | B&F Technical Code Services, Inc. | Bank Account Turnover | 1129-000 | 15,949.56 | | 26,949.56 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 26,939.56 |
| 04/01/14 | 010001 | International Sureties, Ltd. | TRUSTEE'S BOND | 2300-000 | | 6.52 | 26,933.04 |
| | | 701 Poydras Street - Suite 420 | | | | | |
| | | New Orleans, LA  70139 | | | | | |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 40.04 | 26,893.00 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 38.70 | 26,854.30 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 39.92 | 26,814.38 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 38.58 | 26,775.80 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 39.81 | 26,735.99 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 39.75 | 26,696.24 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 38.41 | 26,657.83 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 39.63 | 26,618.20 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 38.30 | 26,579.90 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 39.51 | 26,540.39 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 39.46 | 26,500.93 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 35.59 | 26,465.34 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 39.34 | 26,426.00 |
| 04/27/15 | 010002 | Arthur B. Levine Company | TRUSTEE'S BOND | 2300-000 | | 19.12 | 26,406.88 |
| | | 60 East 42nd Street - Room 965 | Premium - 2/1/15 to 2/1/16 | | | | |
| | | New York, New York  10165 | | | | | |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 38.02 | 26,368.86 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 39.22 | 26,329.64 |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 37.88 | 26,291.76 |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 39.09 | 26,252.67 |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 39.03 | 26,213.64 |

Page Subtotals    26,949.56    735.92

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit B

| Case No: | 13-42049 -JPC | | Trustee Name: | Phillip D. Levey |
| Case Name: | B & F TECHNICAL CODE SERVICES, INC, | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******5000 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7796 | | | |
| For Period Ending: | 11/12/17 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 37.72 | 26,175.92 |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 38.92 | 26,137.00 |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 37.60 | 26,099.40 |
| 01/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 38.80 | 26,060.60 |
| 02/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 38.75 | 26,021.85 |
| 02/08/16 | 13 | Health Care Service Corporation | SETTLEMENT | 1241-000 | 4,900.00 | | 30,921.85 |
| 02/29/16 | 010003 | Arthur B. Levine Co., Inc. | TRUSTEE'S BOND | 2300-000 | | 23.06 | 30,898.79 |
| | | 370 Lexington Avnue | | | | | |
| | | Suite 1101 | | | | | |
| | | New York, NY 10017 | | | | | |
| 03/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 40.89 | 30,857.90 |
| 04/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 45.89 | 30,812.01 |
| 05/06/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 44.33 | 30,767.68 |
| 06/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 45.74 | 30,721.94 |
| 07/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 44.20 | 30,677.74 |
| 08/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 45.61 | 30,632.13 |
| 09/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 45.54 | 30,586.59 |
| 09/29/16 | 14 | Wolin & Rosen, Ltd. | SETTLEMENT-Partial Payment | 1241-000 | 10,000.00 | | 40,586.59 |
| | | 55 W. Monroe Street | | | | | |
| | | Chicago, IL 60603 | | | | | |
| 10/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 44.97 | 40,541.62 |
| 11/01/16 | 14 | Northwest Tech Limited Partnership | SETTLEMENT | 1241-000 | 20,000.00 | | 60,541.62 |
| | | 2500 West Higgins Road - Suite 400 | | | | | |
| | | Hoffman Estates, IL 60169 | | | | | |
| 11/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 60.27 | 60,481.35 |
| 12/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 87.01 | 60,394.34 |
| 01/09/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 89.79 | 60,304.55 |
| 02/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 89.67 | 60,214.88 |
| 03/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 80.86 | 60,134.02 |

Page Subtotals 34,900.00 979.62

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3
Exhibit B

| Case No: | 13-42049 -JPC | | Trustee Name: | Phillip D. Levey |
| Case Name: | B & F TECHNICAL CODE SERVICES, INC, | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******5000 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7796 | | | |
| For Period Ending: | 11/12/17 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/23/17 | 010004 | International Sureties, Ltd. 701 Poydras St. - Suite 420 New Orleans, LA 70139 | Trustee Bond | 2300-000 | | 18.57 | 60,115.45 |
| 04/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 89.40 | 60,026.05 |
| 05/05/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 86.36 | 59,939.69 |
| 06/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 89.11 | 59,850.58 |
| 07/10/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 86.11 | 59,764.47 |
| 08/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 88.87 | 59,675.60 |

|  |  |  |  |
|---|---|---|---|
| | COLUMN TOTALS | 61,849.56 | 2,173.96 | 59,675.60 |
| | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| * Reversed | Subtotal | 61,849.56 | 2,173.96 | |
| t Funds Transfer | Less: Payments to Debtors | | 0.00 | |
| | Net | 61,849.56 | 2,173.96 | |

| | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|
| TOTAL - ALL ACCOUNTS | Checking Account (Non-Interest Earn - *******5000 | 61,849.56 | 2,173.96 | 59,675.60 |
| | | 61,849.56 | 2,173.96 | 59,675.60 |
| | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    458.42

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 1 | | ANALYSIS OF CLAIMS REGISTER | | | Date: December 12, 2017 |

Case Number: 13-42049  
Debtor Name: B & F TECHNICAL CODE SERVICES, INC,  
Claims Bar Date: 06/11/14

Priority Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001 2200-00 | Phillip D. Levey | Administrative | | $0.00 | $85.48 | $85.48 |
| 001 2100-00 | Phillip D. Levey | Administrative | | $0.00 | $6,342.48 | $6,342.48 |
| 001 3110-00 | Phillip D. Levey | Administrative | | $0.00 | $23,625.00 | $23,625.00 |
| 001 2700-00 | U.S. Bankruptcy Court Clerk<br>219 South Dearborn Street<br>Chicago, IL | Administrative | | $0.00 | $700.00 | $700.00 |
| 000006A 001 2950-00 | Office of the U.S. Trustee<br>219 S Dearborn St. Room 873<br>Chicago, IL 60604 | Administrative | | $0.00 | $1,950.00 | $1,950.00 |
| | Subtotal for Priority 001 | | | $0.00 | $32,702.96 | $32,702.96 |
| 000002A 050 4300-00 | Dept of the Treasury - IRS<br>PO BOX 7346<br>Philadelphia, PA 19101-7346 | Secured | | $0.00 | $31,500.00 | $31,500.00 |
| 000005A 050 4800-00 | Illinois Department of Revenue<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | Secured | | $0.00 | $99,925.40 | $99,925.40 |
| 000009A 050 4300-00 | Dept of the Treasury IRS<br>PO BOX 7346<br>Philadelphia, PA 19101-7346 | Secured | Withdrawn 2-1-17 | $0.00 | $0.00 | $0.00 |
| 000014A 050 4800-00 | Illinois Department Employment Security<br>33 South State Street - 10th Floor<br>Chicago, IL 60603 | Secured | Amended 2-14-17. | $0.00 | $38,079.63 | $38,079.63 |
| | Subtotal for Priority 050 | | | $0.00 | $169,505.03 | $169,505.03 |
| 000002B 058 5800-00 | Dept of the Treasury - IRS<br>PO BOX 7346<br>Philadelphia, PA 19101-7346 | Priority | | $0.00 | $198,552.14 | $198,552.14 |
| 000005B 058 5800-00 | Illinois Department of Revenue<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | Priority | | $0.00 | $24.91 | $24.91 |
| 000009B 058 5800-00 | Dept of the Treasury IRS<br>PO BOX 7346<br>Philadelphia, PA 19101-7346 | Priority | Withdrawn 2-1-17. | $0.00 | $0.00 | $0.00 |
| 000011A 058 5800-00 | Illinois Department of Revenue<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | Priority | | $0.00 | $1,168.81 | $1,168.81 |

CREGIS2   UST Form 101-7-TFR (5/1/2011) *(Page: 8)*   Printed: 12/12/17 03:16 PM   Ver: 20.00e

| Page 2 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: December 12, 2017 |

Case Number: 13-42049
Debtor Name: B & F TECHNICAL CODE SERVICES, INC,
Claims Bar Date: 06/11/14

Priority Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000014B<br>058<br>5800-00 | Illinois Department Employment Security<br>33 South State Street - 10th Floor<br>Chicago, IL  60603 | Priority | Amended 2-14-17. | $0.00 | $22,257.59 | $22,257.59 |
| | Subtotal for Priority 058 | | | $0.00 | $222,003.45 | $222,003.45 |
| 000001<br>070<br>7100-00 | FORD MOTOR CREDIT COMPANY LLC<br>DRAWER 55-953<br>P.O. BOX 55000<br>DETROIT, MI 48255-0953 | Unsecured | Withdrawn 8-19-15. | $0.00 | $0.00 | $0.00 |
| 000002C<br>070<br>7100-00 | Dept of the Treasury - IRS<br>PO BOX 7346<br>Philadelphia, PA 19101-7346 | Unsecured | | $0.00 | $252,902.58 | $252,902.58 |
| 000003<br>070<br>7100-00 | OLD SECOND NATIONAL BANK<br>37 S River St<br>Aurora, IL 60506 | Unsecured | | $0.00 | $63,114.04 | $63,114.04 |
| 000004<br>070<br>7100-00 | FedEx TechConnect, Inc.<br>assign Fed Express Corp<br>Attn: Revenue Recovery/Bankruptcy<br>3965 Airways Blvd. Module G.,3rd Floor<br>Memphis,TN 38116 | Unsecured | | $0.00 | $1,450.02 | $1,450.02 |
| 000005C<br>070<br>7100-00 | Illinois Department of Revenue<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | Unsecured | | $0.00 | $32.49 | $32.49 |
| 000007<br>070<br>7100-00 | Cleanway Maintenance Inc<br>c/o Abrams & Abrams PC<br>180 W Washington Street Suite 910<br>Chicago IL 60602 | Unsecured | | $0.00 | $10,218.00 | $10,218.00 |
| 000008<br>070<br>7100-00 | THEOPANNY STAFFING Inc<br>1601 BOND STREET Ste 106<br>Naperville, IL 60563 | Unsecured | | $0.00 | $17,500.00 | $17,500.00 |
| 000009C<br>070<br>7100-00 | Dept of the Treasury IRS<br>PO BOX 7346<br>Philadelphia, PA 19101-7346 | Unsecured | Withdrawn 2-1-17. | $0.00 | $0.00 | $0.00 |
| 000010<br>070<br>7100-00 | Stonegate Properties, Inc.<br>Francis X. Buckley, Jr., Esq.<br>Thompson Cobum LLP<br>55 East Monroe, 37th Floor<br>Chicago, Illinois 60603 | Unsecured | | $0.00 | $1,265,085.17 | $1,265,085.17 |
| 000013<br>070<br>7100-00 | Chubb & Son div Federal Insurance Comp<br>Mike Najewski<br>Chubb & Son div Federal Insurance Comp | Unsecured | | $0.00 | $128,339.00 | $128,339.00 |

| Page 3 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: December 12, 2017 |
|---|---|---|---|---|---|---|

Case Number: 13-42049  
Debtor Name: B & F TECHNICAL CODE SERVICES, INC,  
Claims Bar Date: 06/11/14

Priority Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| | 233 S Wacker Drive Ste 4700<br>Chicago, Il 60606 | | | | | |
| 16<br>070<br>7100-00 | Ford Motor Credit Company, LLC<br>P.O. Box 62180<br>Colorado Springs, CO 80962 | Unsecured | | $0.00 | $0.00 | $0.00 |
| | Subtotal for Priority 070 | | | $0.00 | $1,738,641.30 | $1,738,641.30 |
| 000009D<br>080<br>7300-00 | Dept of the Treasury IRS<br>PO BOX 7346<br>Philadelphia, PA 19101-7346 | Unsecured<br>Withdrawn 2-1-17. | | $0.00 | $0.00 | $0.00 |
| 000011B<br>080<br>7300-00 | Illinois Department of Revenue<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | Unsecured | | $0.00 | $128.88 | $128.88 |
| 000014C<br>080<br>7300-00 | Illinois Department Employment Security<br>33 South State Street - 10th Floor<br>Chicago, IL 60603 | Unsecured<br>Amended 2-14-17. | | $0.00 | $1,360.00 | $1,360.00 |
| | Subtotal for Priority 080 | | | $0.00 | $1,488.88 | $1,488.88 |
| 999<br>2300-00 | International Sureties, Ltd. | Administrative | | $0.00 | $25.09 | $25.09 |
| | | | 2221655000  04/01/14  10001 | | 6.52 | |
| | | | 2221655000  03/23/17  10004 | | 18.57 | |
| 000012<br>999<br>6950-73 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | Administrative | | $0.00 | $12,970.97 | $12,970.97 |
| 000015A<br>999<br>6950-73 | Illinois Department Employment Security<br>33 South State Street - 10th Floor<br>Chicago, IL 60603 | Administrative | | $0.00 | $8,537.27 | $8,537.27 |
| 000015B<br>999<br>6950-73 | Illinois Department Employment Security<br>33 South State Street - 10th Floor<br>Chicago, IL 60603 | Administrative | | $0.00 | $160.00 | $160.00 |
| BOND<br>999<br>2300-00 | Arthur B. Levine Co., Inc.<br>370 Lexington Avnue<br>Suite 1101<br>New York, NY 10017 | Administrative | | $0.00 | $42.18 | $42.18 |
| | | | 2221655000  04/27/15  10002 | | 19.12 | |
| | | | 2221655000  02/29/16  10003 | | 23.06 | |
| | Subtotal for Priority 999 | | | $0.00 | $21,735.51 | $21,735.51 |

| | | EXHIBIT C | | |
|---|---|---|---|---|
| Page 4 | | ANALYSIS OF CLAIMS REGISTER | | Date: December 12, 2017 |

Case Number:  13-42049      Priority Sequence
Debtor Name:  B & F TECHNICAL CODE SERVICES, INC,

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---:|---:|---:|
| | Case Totals: | | | $0.00 | $2,186,077.13 | $2,186,077.13 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-42049
Case Name: B & F TECHNICAL CODE SERVICES, INC,
Trustee Name: Phillip D. Levey

Balance on hand $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000002A | Dept of the Treasury - IRS<br>PO BOX 7346<br>Philadelphia, PA 19101-7346 | $ | $ | $ | $ |
| 000005A | Illinois Department of Revenue<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | $ | $ | $ | $ |
| 000009A | Dept of the Treasury IRS<br>PO BOX 7346<br>Philadelphia, PA 19101-7346 | $ | $ | $ | $ |
| 000014A | Illinois Department Employment Security<br>33 South State Street - 10th Floor<br>Chicago, IL 60603 | $ | $ | $ | $ |

Total to be paid to secured creditors $_____

Remaining Balance $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Phillip D. Levey | $ | $ | $ |
| Trustee Expenses: Phillip D. Levey | $ | $ | $ |
| Attorney for Trustee Fees: Phillip D. Levey | $ | $ | $ |
| Charges: U.S. Bankruptcy Court Clerk | $ | $ | $ |
| Fees: Office of the U.S. Trustee | $ | $ | $ |
| Other: International Sureties, Ltd. | $ | $ | $ |
| Other: Arthur B. Levine Co., Inc. | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses         $_____

Remaining Balance                                              $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Other: Illinois Department Employment Security | $ | $ | $ |
| Other: Illinois Department of Revenue | $ | $ | $ |

Total to be paid for prior chapter administrative expenses     $_____

Remaining Balance                                              $_____

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002B | Dept of the Treasury - IRS<br>PO BOX 7346<br>Philadelphia, PA 19101-7346 | $ | $ | $ |
| 000005B | Illinois Department of Revenue<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | $ | $ | $ |
| 000009B | Dept of the Treasury IRS<br>PO BOX 7346<br>Philadelphia, PA 19101-7346 | $ | $ | $ |
| 000011A | Illinois Department of Revenue<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | $ | $ | $ |
| 000014B | Illinois Department Employment Security<br>33 South State Street - 10th Floor<br>Chicago, IL 60603 | $ | $ | $ |

Total to be paid to priority creditors       $_____

Remaining Balance                             $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ _____ have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be _____ percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | FORD MOTOR CREDIT COMPANY LLC DRAWER 55-953 P.O. BOX 55000 DETROIT, MI 48255-0953 | $ | $ | $ |
| 000003 | OLD SECOND NATIONAL BANK 37 S River St Aurora, IL 60506 | $ | $ | $ |
| 000004 | FedEx TechConnect, Inc. assign Fed Express Corp Attn: Revenue Recovery/Bankruptcy 3965 Airways Blvd. Module G.,3rd Floor Memphis,TN 38116 | $ | $ | $ |
| 000007 | Cleanway Maintenance Inc c/o Abrams & Abrams PC 180 W Washington Street Suite 910 Chicago IL 60602 | $ | $ | $ |
| 000008 | THEOPANNY STAFFING Inc 1601 BOND STREET Ste 106 Naperville, IL 60563 | $ | $ | $ |
| 000010 | Stonegate Properties, Inc. Francis X. Buckley, Jr., Esq. Thompson Cobum LLP 55 East Monroe, 37th Floor Chicago, Illinois 60603 | $ | $ | $ |
| 000013 | Chubb & Son div Federal Insurance Comp Mike Najewski Chubb & Son div Federal Insurance Comp 233 S Wacker Drive Ste 4700 Chicago, Il 60606 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002C | Dept of the Treasury - IRS<br>PO BOX 7346<br>Philadelphia, PA 19101-7346 | $ | $ | $ |
| 000005C | Illinois Department of Revenue<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | $ | $ | $ |
| 000009C | Dept of the Treasury IRS<br>PO BOX 7346<br>Philadelphia, PA 19101-7346 | $ | $ | $ |
| 16 | Ford Motor Credit Company, LLC<br>P.O. Box 62180<br>Colorado Springs, CO 80962 | $ | $ | $ |

Total to be paid to timely general unsecured creditors   $_____

Remaining Balance   $_____

Tardily filed claims of general (unsecured) creditors totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be     percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be     percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000009D | Dept of the Treasury IRS<br>PO BOX 7346<br>Philadelphia, PA 19101-7346 | $ | $ | $ |
| 000011B | Illinois Department of Revenue<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | $ | $ | $ |
| 000014C | Illinois Department Employment Security<br>33 South State Street - 10th Floor<br>Chicago, IL 60603 | $ | $ | $ |

Total to be paid to subordinated unsecured creditors    $_____

Remaining Balance    $_____