## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re: § | |
| § | |
| B & F TECHNICAL CODE SERVICES, INC, § | Case No. 13-42049 |
| § | |
| Debtor(s) § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Phillip D. Levey, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
Jeffrey P. Allsteadt
U.S. Bankruptcy Court Clerk
219 South Dearborn Street- 7th Floor
Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 01/04/2018 in Courtroom 680,
United States Courthouse
219 South Dearborn Street
Chicago, IL
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 12/14/2017          By: Phillip D. Levey
                                      Chapter 7 Trustee

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

UST Form 101-7-NFR (5/1/2011) *(Page: 1)*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: §
§
§
B & F TECHNICAL CODE SERVICES, § Case No. 13-42049
INC,
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 61,849.56 |
| and approved disbursements of | $ | 2,173.96 |
| leaving a balance on hand of[1] | $ | 59,675.60 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000002A | Dept of the Treasury - IRS PO BOX 7346 Philadelphia, PA 19101-7346 | $ 31,500.00 | $ 31,500.00 | $ 0.00 | $ 985.74 |
| 000005A | Illinois Department of Revenue P.O. Box 64338 Chicago, IL 60664-0338 | $ 99,925.40 | $ 99,925.40 | $ 0.00 | $ 3,127.01 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) (Page: 2)

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000009A | Dept of the Treasury IRS PO BOX 7346 Philadelphia, PA 19101-7346 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000014A | Illinois Department Employment Security 33 South State Street - 10th Floor Chicago, IL 60603 | $ 38,079.63 | $ 38,079.63 | $ 0.00 | $ 1,191.65 |

Total to be paid to secured creditors                                     $         5,304.40

Remaining Balance                                                         $        54,371.20

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Phillip D. Levey | $ 6,342.48 | $ 0.00 | $ 6,342.48 |
| Trustee Expenses: Phillip D. Levey | $ 85.48 | $ 0.00 | $ 85.48 |
| Attorney for Trustee Fees: Phillip D. Levey | $ 23,625.00 | $ 0.00 | $ 23,625.00 |
| Charges: U.S. Bankruptcy Court Clerk | $ 700.00 | $ 0.00 | $ 700.00 |
| Fees: Office of the U.S. Trustee | $ 1,950.00 | $ 0.00 | $ 1,950.00 |
| Other: International Sureties, Ltd. | $ 25.09 | $ 25.09 | $ 0.00 |
| Other: Arthur B. Levine Co., Inc. | $ 42.18 | $ 42.18 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses                    $        32,702.96

Remaining Balance                                                         $        21,668.24

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Other: Illinois Department Employment Security | $ 8,697.27 | $ 0.00 | $ 8,697.27 |
| Other: Illinois Department of Revenue | $ 12,970.97 | $ 0.00 | $ 12,970.97 |

Total to be paid for prior chapter administrative expenses     $     21,668.24

Remaining Balance     $     0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 222,003.45 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002B | Dept of the Treasury - IRS<br>PO BOX 7346<br>Philadelphia, PA 19101-7346 | $ 198,552.14 | $ 0.00 | $ 0.00 |
| 000005B | Illinois Department of Revenue<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | $ 24.91 | $ 0.00 | $ 0.00 |
| 000009B | Dept of the Treasury IRS<br>PO BOX 7346<br>Philadelphia, PA 19101-7346 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000011A | Illinois Department of Revenue<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | $ 1,168.81 | $ 0.00 | $ 0.00 |
| 000014B | Illinois Department Employment Security<br>33 South State Street - 10th Floor<br>Chicago, IL 60603 | $ 22,257.59 | $ 0.00 | $ 0.00 |

Total to be paid to priority creditors     $     0.00

Remaining Balance     $     0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,738,641.30 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | FORD MOTOR CREDIT COMPANY LLC DRAWER 55-953 P.O. BOX 55000 DETROIT, MI 48255-0953 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000003 | OLD SECOND NATIONAL BANK 37 S River St Aurora, IL 60506 | $ 63,114.04 | $ 0.00 | $ 0.00 |
| 000004 | FedEx TechConnect, Inc. assign Fed Express Corp Attn: Revenue Recovery/Bankruptcy 3965 Airways Blvd. Module G.,3rd Floor Memphis,TN 38116 | $ 1,450.02 | $ 0.00 | $ 0.00 |
| 000007 | Cleanway Maintenance Inc c/o Abrams & Abrams PC 180 W Washington Street Suite 910 Chicago IL 60602 | $ 10,218.00 | $ 0.00 | $ 0.00 |
| 000008 | THEOPANNY STAFFING Inc 1601 BOND STREET Ste 106 Naperville, IL 60563 | $ 17,500.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000010 | Stonegate Properties, Inc.<br>Francis X. Buckley, Jr., Esq.<br>Thompson Cobum LLP<br>55 East Monroe, 37th Floor<br>Chicago, Illinois 60603 | $ 1,265,085.17 | $ 0.00 | $ 0.00 |
| 000013 | Chubb & Son div Federal Insurance Comp<br>Mike Najewski<br>Chubb & Son div Federal Insurance Comp<br>233 S Wacker Drive Ste 4700<br>Chicago, Il 60606 | $ 128,339.00 | $ 0.00 | $ 0.00 |
| 000002C | Dept of the Treasury - IRS<br>PO BOX 7346<br>Philadelphia, PA 19101-7346 | $ 252,902.58 | $ 0.00 | $ 0.00 |
| 000005C | Illinois Department of Revenue<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | $ 32.49 | $ 0.00 | $ 0.00 |
| 000009C | Dept of the Treasury IRS<br>PO BOX 7346<br>Philadelphia, PA 19101-7346 | $ 0.00 | $ 0.00 | $ 0.00 |
| 16 | Ford Motor Credit Company, LLC<br>P.O. Box 62180<br>Colorado Springs, CO 80962 | $ 0.00 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors      $             0.00

Remaining Balance                                           $             0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 1,488.88 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000009D | Dept of the Treasury IRS<br>PO BOX 7346<br>Philadelphia, PA 19101-7346 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000011B | Illinois Department of Revenue<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | $ 128.88 | $ 0.00 | $ 0.00 |
| 000014C | Illinois Department Employment Security<br>33 South State Street - 10th Floor<br>Chicago, IL 60603 | $ 1,360.00 | $ 0.00 | $ 0.00 |

Total to be paid to subordinated unsecured creditors   $ 0.00

Remaining Balance   $ 0.00

Prepared By: /s/Phillip D. Levey
Chapter 7 Trustee

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.