UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                     )
                                           )
B & F Technical Code Services, Inc.,       )        Case No. 13 B 42049
                                           )
      Debtor(s).                           )

## CERTIFICATE OF SERVICE RE NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

I, Phillip D. Levey, an attorney, certify, that on December 14, 2017, I served the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object on the persons/entities listed on the accompanying Service List by either depositing the same in the U.S. Mail in envelopes, with proper postage prepaid, or via CM/ECF.


                                            /s/ Phillip D. Levey


Phillip D. Levey
2722 North Racine Avenue
Chicago, IL 60614
773-348-9682

## SERVICE LIST

<u>VIA U.S. MAIL</u>

See attached Service List

<u>VIA CM/ECF</u>

B&F Technical Code Services, Inc.
c/o <u>ansarimansoor@hotmail.com</u>

Ford Motor Credit Company LLC
c/o shermlaw13@aol.com

Illinois Department of Revenue
c/o <u>robert.lynch2@illinois.gov</u>

Patrick S Layng
Office of the U.S. Trustee, Region 11
c/o <u>USTPRegion11.es.ecf@usdoj.gov</u>

Wanda J. Piccolo
c/o courtdocs@davidlloydlaw.com

Stonegate Properties, Inc.
c/o fxbuckleyjr@thompsoncoburn.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 15-03048<br>Northern District of Illinois<br>Chicago<br>Thu Dec 14 11:37:44 CST 2017 | American InfoSource LP as agent for<br>TD Bank, USA<br>PO Box 248866<br>Oklahoma City, OK  73124-8866 | Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 |
| Matco Tools<br>4403 Allen Road<br>Stow, OH  44224-1096 | PYOD, LLC its successors and assigns as assi<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602-9008 | Wells Fargo Financial Natl Bank<br>Wells Fargo Bank, N.A.<br>PO Box 10438<br>Des Moines, IA 50306-0438 |

End of Label Matrix
Mailable recipients    5
Bypassed recipients    0
Total                  5