UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| B & F Technical Code Services, Inc., | ) | Case No. 13 B 42049 |
| | ) | |
| Debtor(s). | ) | |

## AMENDED CERTIFICATE OF SERVICE RE NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

I, Phillip D. Levey, an attorney, certify, that on December 14, 2017, I served the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object on the persons/entities listed on the accompanying Service List by either depositing the same in the U.S. Mail in envelopes, with proper postage prepaid, or via CM/ECF.

/s/ Phillip D. Levey

Phillip D. Levey
2722 North Racine Avenue
Chicago, IL 60614
773-348-9682

## **SERVICE LIST**

<u>VIA U.S. MAIL</u>

See attached Service List

<u>VIA CM/ECF</u>

B&F Technical Code Services, Inc.
c/o <u>ansarimansoor@hotmail.com</u>

Ford Motor Credit Company LLC
c/o shermlaw13@aol.com

Illinois Department of Revenue
c/o <u>robert.lynch2@illinois.gov</u>

Patrick S Layng
Office of the U.S. Trustee, Region 11
c/o <u>USTPRegion11.es.ecf@usdoj.gov</u>

Wanda J. Piccolo
c/o courtdocs@davidlloydlaw.com

Stonegate Properties, Inc.
c/o fxbuckleyjr@thompsoncoburn.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 13-42049<br>Northern District of Illinois<br>Chicago<br>Thu Dec 14 16:06:24 CST 2017 | Chubb & Son div Federal Insurance Comp<br>Mike Najewski<br>Chubb & Son div Federal Insurance Comp<br>233 S Wacker Drive Ste 4700<br>Chicago, Il 60606-6374 | Cleanway Maintenance Inc<br>c/o Abrams & Abrams PC<br>180 W Washington Street Suite 910<br>Chicago IL 60602-2316 |
| Dept of the Treasury IRS<br>PO BOX 7346<br>Philadelphia, PA 19101-7346 | (p)FORD MOTOR CREDIT COMPANY<br>P O BOX 62180<br>COLORADO SPRINGS CO 80962-2180 | FedEx TechConnect, Inc.<br>assign Fed Express Corp<br>Attn: Revenue Recovery/Bankruptcy<br>3965 Airways Blvd. Module G.,3rd Floor<br>Memphis,TN 38116-5017 |
| Illinois Department of Employment Security<br>33 South State Street<br>Chicago, Illinois 60603-2808<br>Attn: Bankruptcy Unit - 10th flr. | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | Illinois Department of Revenue<br>P.O. Box 64338<br>Chicago, IL 60664-0338 |
| Illinois Departmnet of Employment Security<br>33 South State Street<br>Chicago, Illinois 60603-2808<br>Attn: Bankruptcy Unit - 10th flr. | OLD SECOND NATIONAL BANK<br>37 S River St<br>Aurora, IL 60506-4172 | Office of the U.S. Trustee<br>219 S Dearborn St. Room 873<br>Chicago, IL 60604-2027 |
| Stonegate Properties, Inc.<br>Francis X. Buckley, Jr., Esq.<br>Thompson Cobum LLP<br>55 East Monroe, 37th Floor<br>Chicago, Illinois 60603-6029 | THEOPANNY STAFFING Inc<br>1601 BOND STREET Ste 106<br>Naperville, IL 60563-0114 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| FORD MOTOR CREDIT COMPANY LLC<br>DRAWER 55-953<br>P.O. BOX 55000<br>DETROIT, MI 48255-0953<br>Telephone no. (800) 955-8532 | (d)Ford Motor Credit Company LLC<br>P. O. Box 62180<br>Colorado Springs, CO 80962 | End of Label Matrix<br>Mailable recipients    13<br>Bypassed recipients     0<br>Total                  13 |