UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
B & F TECHNICAL CODE SERVICES, §   Case No. 13-42049
INC, §
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Phillip D. Levey, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                          Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:          Claims Discharged
                                           Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:  CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter    on            , and it was converted to chapter 7 on           . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/Phillip D. Levey_____
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | IDES 1700 W 18TH ST Chicago, IL 60608 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ILLINOIS DEPART OF REVENUE PO BOX 64338 Chicago, IL 60664 | | | | | |
| | IRS PO BOX 21126 Philadelphia, PA 19114 | | | | | |
| 000002A | DEPT OF THE TREASURY IRS | | | | | |
| 000009A | DEPT OF THE TREASURY IRS | | | | | |
| 000014A | ILL DEPT EMPLOYMENT SECURITY | | | | | |
| 000005A | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| LEVEY, PHILLIP D. | | | | | |
| LEVEY, PHILLIP D. | | | | | |
| ARTHUR B. LEVINE CO., INC. | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| INTERNATIONAL SURETIES, LTD. | | | | | |
| ASSOCIATED BANK | | | | | |
| U.S. BANKRUPTCY COURT CLERK | | | | | |
| OFFICE OF THE U.S. TRUSTEE | | | | | |
| LEVEY, PHILLIP D. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ILL DEPT EMPLOYMENT SECURITY | | | | | |
| ILLINOIS DEPARTMENT EMPLOYMENT SECU | | | | | |
| ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002B | DEPT OF THE TREASURY IRS | | | | | |
| 000009B | DEPT OF THE TREASURY IRS | | | | | |
| 000014B | ILL DEPT EMPLOYMENT SECURITY | | | | | |
| 000005B | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| 000011A | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ADVANTA CARDS 300 S RIVERSIDE PLAZA STE 1700 Chicago, IL 60606 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | BUILDING STARS 11489 PAGE SERVICE DRIVE Saint Louis, MO 63146 | | | | | |
| | CHUBB INSURANCE COMPANY 15 MOUNTAINVIEW RD Warren, NJ 07059 | | | | | |
| | CLEANWAY 198A PROVIDENCE ST Hyde Park, MA 02136 | | | | | |
| | COOLER SMART 77 MCCULLOUGH DRIVE STE 9 New Castle, DE 19720 | | | | | |
| | ILLINOIS PAPER 6 TERRITORIAL CT Bolingbrook, IL 60440 | | | | | |
| | JEAN ROSS COMPANY 555 BORDEN ST Woodstock, IL 60098 | | | | | |
| | KONICA MINOLTA 100 WILLIAMS RD Ramsey, NJ 07446 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | OLD SECOND NATIONAL BANK 4080 FOX VALLEY CENTER DRIVE Aurora, IL 60504 | | | | | |
| | PAIGE PERSONNEL SERVICES 8430 W BRYN MAWR Chicago, IL 60631 | | | | | |
| | STAPLES BUSINESS ADVANTAGE 500 STAPES DRIVE Framingham, MA 01702 | | | | | |
| | STONEGATE PROPERTIES 2500 W Higgins Rd #400 Hoffman Estates, IL 60169 | | | | | |
| | THEOPANNY STAFFING 1601 BOND STREET Naperville, IL 60563 | | | | | |
| 000013 | CHUBB & SON DIV FEDERAL INSURANCE C | | | | | |
| 000007 | CLEANWAY MAINTENANCE INC | | | | | |
| 000002C | DEPT OF THE TREASURY - IRS | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000009C | DEPT OF THE TREASURY IRS | | | | | |
| 000004 | FEDEX TECHCONNECT, INC. | | | | | |
| 16 | FORD MOTOR CREDIT COMPANY | | | | | |
| 000001 | FORD MOTOR CREDIT COMPANY LLC | | | | | |
| 000005C | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| 000003 | OLD SECOND NATIONAL BANK | | | | | |
| 000010 | STONEGATE PROPERTIES, INC. | | | | | |
| 000008 | THEOPANNY STAFFING INC | | | | | |
| 000009D | DEPT OF THE TREASURY IRS | | | | | |
| 000014C | ILL DEPT EMPLOYMENT SECURITY | | | | | |
| 000011B | ILLINOIS DEPARTMENT OF REVENUE | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 13-42049 | JPC | Judge: JACQUELINE COX | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|---|
| Case Name: | B & F TECHNICAL CODE SERVICES, INC, | | | Date Filed (f) or Converted (c): | 02/04/14 (c) |
| | | | | 341(a) Meeting Date: | 02/28/14 |
| For Period Ending: | 03/01/18 | | | Claims Bar Date: | 06/11/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. FINANCIAL ACCOUNTS | 4,400.00 | 4,400.00 | | 15,949.56 | FA |
| CHASE BUSINESS CHECKING | | | | | |
| 2. FINANCIAL ACCOUNTS | 3,000.00 | 0.00 | | 0.00 | FA |
| BARRINGTON BANK AND TRUST | | | | | |
| 3. FINANCIAL ACCOUNTS | 600.00 | 0.00 | | 0.00 | FA |
| HOFFMAN ESTATES COMMUNITY BANK | | | | | |
| 4. ACCOUNTS RECEIVABLE | 9,085.00 | 0.00 | | 0.00 | FA |
| Client billing | | | | | |
| 5. VEHICLES | 3,613.00 | 0.00 | | 0.00 | FA |
| 2005 Chevrolet Venture | | | | | |
| 6. VEHICLES | 3,613.00 | 0.00 | | 0.00 | FA |
| 2005 Chevrolet Venture | | | | | |
| 7. VEHICLES | 3,613.00 | 0.00 | | 0.00 | FA |
| 2005 Chevrolet Venture | | | | | |
| 8. MACHINERY AND SUPPLIES | 9,000.00 | 0.00 | | 0.00 | FA |
| 5 PHOTO COPIERS | | | | | |
| 9. MACHINERY AND SUPPLIES | 10,000.00 | 0.00 | | 0.00 | FA |
| 2 SERVERS | | | | | |
| 10. MACHINERY AND SUPPLIES | 2,000.00 | 0.00 | | 0.00 | FA |
| 50 DESKTOP COMPUTERS | | | | | |
| 11. MACHINERY AND SUPPLIES | 2,500.00 | 0.00 | | 0.00 | FA |
| FURNITURE | | | | | |
| 12. Retainer (u) | 0.00 | 11,000.00 | | 11,000.00 | FA |
| 13. Trustee v. Blue Cross (u) | Unknown | 4,900.00 | | 4,900.00 | FA |
| 14. Trustee v. Stonegate Properties, Inc. (u) | Unknown | 30,000.00 | | 30,000.00 | FA |

LFORM1

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

Ver: 20.00g

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| Case No: | 13-42049 | JPC | Judge: JACQUELINE COX | | Trustee Name: | Phillip D. Levey |
| Case Name: | B & F TECHNICAL CODE SERVICES, INC, | | | | Date Filed (f) or Converted (c): | 02/04/14 (c) |
| | | | | | 341(a) Meeting Date: | 02/28/14 |
| | | | | | Claims Bar Date: | 06/11/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $51,424.00 | $50,300.00 | | $61,849.56 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Filing and UST review of TFR.

Initial Projected Date of Final Report (TFR): 06/30/15      Current Projected Date of Final Report (TFR): 01/31/18

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 13-42049 -JPC | | Trustee Name: | Phillip D. Levey |
| Case Name: | B & F TECHNICAL CODE SERVICES, INC, | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******5000 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7796 | | | |
| For Period Ending: | 03/01/18 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/26/14 | 12 | Ansari Tax Law Firm, LLC | Retainer Refund | 1229-000 | 8,500.00 | | 8,500.00 |
| 02/26/14 | 12 | Erica Crohn Minchella | Retainer Refund | 1229-000 | 2,500.00 | | 11,000.00 |
| 02/26/14 | 1 | B&F Technical Code Services, Inc. | Bank Account Turnover | 1129-000 | 15,949.56 | | 26,949.56 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 26,939.56 |
| 04/01/14 | 010001 | International Sureties, Ltd. | TRUSTEE'S BOND | 2300-000 | | 6.52 | 26,933.04 |
| | | 701 Poydras Street - Suite 420 | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 40.04 | 26,893.00 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 38.70 | 26,854.30 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 39.92 | 26,814.38 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 38.58 | 26,775.80 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 39.81 | 26,735.99 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 39.75 | 26,696.24 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 38.41 | 26,657.83 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 39.63 | 26,618.20 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 38.30 | 26,579.90 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 39.51 | 26,540.39 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 39.46 | 26,500.93 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 35.59 | 26,465.34 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 39.34 | 26,426.00 |
| 04/27/15 | 010002 | Arthur B. Levine Company | TRUSTEE'S BOND | 2300-000 | | 19.12 | 26,406.88 |
| | | 60 East 42nd Street - Room 965 | Premium - 2/1/15 to 2/1/16 | | | | |
| | | New York, New York 10165 | | | | | |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 38.02 | 26,368.86 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 39.22 | 26,329.64 |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 37.88 | 26,291.76 |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 39.09 | 26,252.67 |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 39.03 | 26,213.64 |
| | | | Page Subtotals | | 26,949.56 | 735.92 | |

Ver: 20.00g

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 13)

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 13-42049 -JPC | Trustee Name: | Phillip D. Levey |
|---|---|---|---|
| Case Name: | B & F TECHNICAL CODE SERVICES, INC, | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******5000 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7796 | | |
| For Period Ending: | 03/01/18 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 37.72 | 26,175.92 |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 38.92 | 26,137.00 |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 37.60 | 26,099.40 |
| 01/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 38.80 | 26,060.60 |
| 02/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 38.75 | 26,021.85 |
| 02/08/16 | 13 | Health Care Service Corporation | SETTLEMENT | 1241-000 | 4,900.00 | | 30,921.85 |
| 02/29/16 | 010003 | Arthur B. Levine Co., Inc. 370 Lexington Avnue Suite 1101 New York, NY  10017 | TRUSTEE'S BOND | 2300-000 | | 23.06 | 30,898.79 |
| 03/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 40.89 | 30,857.90 |
| 04/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 45.89 | 30,812.01 |
| 05/06/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 44.33 | 30,767.68 |
| 06/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 45.74 | 30,721.94 |
| 07/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 44.20 | 30,677.74 |
| 08/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 45.61 | 30,632.13 |
| 09/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 45.54 | 30,586.59 |
| 09/29/16 | 14 | Wolin & Rosen, Ltd. 55 W. Monroe Street Chicago, IL  60603 | SETTLEMENT-Partial Payment | 1241-000 | 10,000.00 | | 40,586.59 |
| 10/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 44.97 | 40,541.62 |
| 11/01/16 | 14 | Northwest Tech Limited Partnership 2500 West Higgins Road - Suite 400 Hoffman Estates, IL  60169 | SETTLEMENT | 1241-000 | 20,000.00 | | 60,541.62 |
| 11/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 60.27 | 60,481.35 |
| 12/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 87.01 | 60,394.34 |
| 01/09/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 89.79 | 60,304.55 |
| 02/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 89.67 | 60,214.88 |
| 03/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 80.86 | 60,134.02 |

Page Subtotals    34,900.00    979.62

Ver: 20.00g

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 14)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-42049 -JPC | | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|
| Case Name: | B & F TECHNICAL CODE SERVICES, INC, | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******5000 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7796 | | | |
| For Period Ending: | 03/01/18 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/23/17 | 010004 | International Sureties, Ltd.<br>701 Poydras St. - Suite 420<br>New Orleans, LA 70139 | Trustee Bond | 2300-000 | | 18.57 | 60,115.45 |
| 04/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 89.40 | 60,026.05 |
| 05/05/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 86.36 | 59,939.69 |
| 06/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 89.11 | 59,850.58 |
| 07/10/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 86.11 | 59,764.47 |
| 08/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 88.87 | 59,675.60 |
| 01/11/18 | 010005 | Phillip D. Levey | Trustee Compensation | 2100-000 | | 6,342.48 | 53,333.12 |
| 01/11/18 | 010006 | Phillip D. Levey | Trustee Expenses | 2200-000 | | 85.48 | 53,247.64 |
| 01/11/18 | 010007 | U.S. Bankruptcy Court Clerk<br>219 South Dearborn Street<br>Chicago, IL | Clerk of the Courts Costs (includes | 2700-000 | | 700.00 | 52,547.64 |
| 01/11/18 | 010008 | Office of the U.S. Trustee<br>219 S Dearborn St. Room 873<br>Chicago, IL 60604 | Claim 000006A, Payment 100.00000% | 2950-000 | | 1,950.00 | 50,597.64 |
| 01/11/18 | 010009 | Phillip D. Levey | Attorney for Trustee Fees (Trustee | 3110-000 | | 23,625.00 | 26,972.64 |
| 01/11/18 | 010010 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | Claim 000012, Payment 100.00000% | 6950-730 | | 12,970.97 | 14,001.67 |
| 01/11/18 | 010011 | Illinois Department Employment Security<br>33 South State Street - 10th Floor<br>Chicago, IL 60603 | Claim 000015A, Payment 100.00000% | 6950-730 | | 8,537.27 | 5,464.40 |
| 01/11/18 | 010012 | Illinois Department Employment Security<br>33 South State Street - 10th Floor<br>Chicago, IL 60603 | Claim 000015B, Payment 100.00000% | 6950-730 | | 160.00 | 5,304.40 |
| 01/11/18 | 010013 | Dept of the Treasury - IRS<br>PO BOX 7346 | Claim 000002A, Payment 3.12933%<br>(2-1) modified on 11/20/13 to | 4300-000 | | 985.74 | 4,318.66 |

Page Subtotals  0.00  55,815.36

Ver: 20.00g

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 15)

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 13-42049 -JPC |
| Case Name: | B & F TECHNICAL CODE SERVICES, INC, |
| Taxpayer ID No: | *******7796 |
| For Period Ending: | 03/01/18 |

| | |
|---|---|
| Trustee Name: | Phillip D. Levey |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******5000 Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/11/18 | 010014 | Philadelphia, PA 19101-7346 Illinois Department of Revenue P.O. Box 64338 Chicago, IL 60664-0338 | correct creditor address/name (nm) Claim 000005A, Payment 3.12934% | 4800-000 | | 3,127.01 | 1,191.65 |
| 01/11/18 | 010015 | Illinois Department Employment Security 33 South State Street - 10th Floor Chicago, IL 60603 | Claim 000014A, Payment 3.12936% | 4800-000 | | 1,191.65 | 0.00 |

```
                            COLUMN TOTALS                    61,849.56        61,849.56         0.00
                      Less:  Bank Transfers/CD's                  0.00             0.00
*  Reversed           Subtotal                               61,849.56        61,849.56
t  Funds Transfer        Less:  Payments to Debtors                                0.00
                      Net                                    61,849.56        61,849.56
```

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - ********5000 | 61,849.56 | 61,849.56 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 61,849.56 | 61,849.56 | 0.00 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        0.00        4,318.66

Ver: 20.00g

LFORM24